# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE M. GARZA, JR., | ) Case No. SACV 12-1610-ABC (DTB) |
| Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND |
| JHON KATAVICK, | ) RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

Dated: _____1/15/2013_____

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

1