JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE M. GARZA, JR., | ) | Case No. SACV 12-1610-ABC (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| JHON KATAVICK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 1/15/2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

1